KESBEC SALES COMPANY, Appellant, *v.* RODGERS & HAGERTY, INC., Respondent.

(Argued June 8, 1933; decided July 11, 1933.)

*Alfred O. Englander* and *Paul Englander* for appellant.
*Harry Merwin* and *John F. Collins* for respondent.

no opinion.

Concur: Pound, Ch. J., Crane, Lehman, Kellogg, O'Brien and Crouch, JJ. Not sitting: Hubbs, J.